UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK PAUL SMYER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN, Warden,<br><br>　　　　　Respondent. | Case No. 2:20-cv-09659-JWH (PD)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, AND DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), Petitioner's Objections to the Report, and the Supplemental Statement of Decision issued by the Magistrate Judge. The Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and the Supplemental Statement of Decision and adopts them as its own findings and conclusions. Accordingly, the Petition is dismissed with prejudice.

The Court has also reviewed Petitioner's Application for Certificate of Appealability [Dkt. No. 25], which sets forth arguments previously advanced by Petitioner in the Petition and in his Objections to the Report. For the reasons stated in the Report and the Supplemental Statement of Decision, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is **DENIED**. See 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

**IT IS SO ORDERED.**

DATED: April 29, 2022

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE