JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEREK PAUL SMYER,

    Petitioner,

v.

STUART SHERMAN, Warden,

    Respondent.

Case No. 2:20-cv-09659-JWH (PD)

**JUDGMENT**

JS-6

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

DATED:  April 29, 2022

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE